| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial)<br><br>Welte, Peter D. | **2. Court or Organization**<br><br>U.S. District Court, North Dakota | **3. Date of Report**<br><br>08/06/2020 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| **7. Chambers or Office Address**<br><br>655 1st Avenue North, Suite 410<br>Fargo, ND 58102-4952 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Owner/Operator | Ash Grove Farm |
| 2. Shareholder/Partner | Vogel Law Firm |
| 3. Board of Governors | State Bar Association of North Dakota |
| 4. Representative Payee and Guardian | Disabled ▨ |
| 5. Board of Directors | Special Olympics North Dakota |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/15/1999 | North Dakota Public Employees Retirement System (NDPERS); Pension for previous service as public employee |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welte, Peter D. | 08/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Vogel Law Firm, Compensation | $46,551.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Larimore Public School District #44 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Welte, Peter D. | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Barclays Unsecured Revolving Credit | Credit Card | J |
| 2. | Deere Financial | Chattel Mortgage Secured by Farm Equipment | None |
| 3. | First Community Credit Union | Chattel Mortgage Secured by Farm Equipment | N |
| 4. | First Community Credit Union | Secured Annual Farm Operating Line of Credit | N |
| 5. | First Community Credit Union | Real Property Mortgage on Farmland | L |
| 6. | Deere Financial | Revolving Account | K |
| 7. | CHS Capital, LLC | Revolving Account | L |

| Name of Person Reporting | Date of Report |
|---|---|
| **Welte, Peter D.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cash on hand and in banks-First Community Credit Union Cash Account | | None | J | T | | | | | |
| 2. Vogel Law Firm Stock | | None | | | Sold | 07/31/19 | J | | |
| 3. Farm Real Estate-Grand Forks County, North Dakota | E | Rent | O | W | | | | | |
| 4. Mineral Interests-Williams County, North Dakota | A | Royalty | L | W | | | | | |
| 5. American Century Equity Growth Fund | B | Int./Div. | K | T | | | | | |
| 6. MFS Intl New Discovery Fund | A | Int./Div. | J | T | | | | | |
| 7. Vanguard Primecap Fund | C | Int./Div. | K | T | | | | | |
| 8. Vanguard Small-Cap Fund | B | Int./Div. | K | T | | | | | |
| 9. FMI Common Stock Fund | A | Int./Div. | J | T | | | | | |
| 10. ICM Small Company Fund | B | Int./Div. | K | T | | | | | |
| 11. T Rowe Price Growth Stock Fund | B | Int./Div. | K | T | | | | | |
| 12. FIBT Balanced Model Fund | A | Int./Div. | K | T | | | | | |
| 13. FIBT Growth Model Fund | A | Int./Div. | J | T | | | | | |
| 14. NDPERS Retirement Fund | A | Int./Div. | M | T | | | | | |
| 15. Vogel Law Firm Building Partnership | E | Distribution | | | Sold | 07/31/19 | K | | |
| 16. Ash Grove Farm-Farm Equipment Line. Grand Forks County, North Dakota | | None | P1 | U | | | | | |
| 17. NI Holdings, Inc. Common Stock | A | Int./Div. | K | T | | | | | |

1 Income Gain Codes: (See Columns B1 and D4)
- A =$1,000 or less
- B =$1,001 - $2,500
- C =$2,501 - $5,000
- D =$5,001 - $15,000
- E =$15,001 - $50,000
- F =$50,001 - $100,000
- G =$100,001 - $1,000,000
- H1 =$1,000,001 - $5,000,000
- H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)
- J =$15,000 or less
- K =$15,001 - $50,000
- L =$50,001 - $100,000
- M =$100,001 - $250,000
- N =$250,001 - $500,000
- O =$500,001 - $1,000,000
- P1 =$1,000,001 - $5,000,000
- P2 =$5,000,001 - $25,000,000
- P3 =$25,000,001 - $50,000,000
- P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
- Q =Appraisal
- R =Cost (Real Estate Only)
- S =Assessment
- T =Cash Market
- U =Book Value
- V =Other
- W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Welte, Peter D. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | American Century Value Fund | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 19. | Cohen & Steers Real Estate Securities Fund, Inc.-Class A | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 20. | Invesco Growth and Income Fund-Class A | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 21. | Invesco International Growth Fund-Class R5 | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 22. | Lord Abbett High Yield Fund-Class R5 | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 23. | MFS International Value Fund-Class R3 | B | Int./Div. | | | Sold | 03/21/19 | J | B | |
| 24. | Nationwide Bond Index Fund | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 25. | Nationwide Fund-Institutional Service Class | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 26. | Nationwide Loomis Core Bond Fund-Institutional Service Class | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 27. | Nationwide Small Cap Index Fund | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 28. | Nationwide US Small Cap Value Fund-Institutional Service Class | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 29. | Neuberger Berman Sustainable Equity Fund-Investor Class | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 30. | New World Fund (SM)-Class R4 | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 31. | PIMCO International Bond Fund (U.S. Dollar-Hedged)-Class A | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 32. | T.Rowe Price Growth Stock Fund | A | Int./Div. | | | Sold | 03/21/19 | J | A | |
| 33. | The Investment Company of America(R) | A | Int./Div. | | | Sold | 03/21/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Welte, Peter D.** | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter D. Welte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544